USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-6-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ANGEL CHEVRESTT,

                Plaintiff,

-against-

MEREDITH CORPORATION,

                Defendant.
-------------------------------------------------------------- x

Docket No. 18-cv-2170

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for defendant to answer, move or otherwise respond to plaintiff's Complaint in the above action is extended through and including May 9, 2018. In entering this Stipulation Defendant Meredith Corporation expressly reserves, and waives none, of its rights arguments, or objections in this matter.

Dated: New York, New York
       April 5, 2018

| LIEBOWITZ LAW FIRM, PLLC | SATTERLEE STEPHENS LLP |
|---|---|
| By: *Richard Liebowitz* | By: *Jennifer Philbrick McArdle* |
| Richard Liebowitz | Jennifer Philbrick McArdle |
| 11 Sunrise Plaza, Suite 305 | 230 Park Avenue, Suite 1130 |
| Valley Stream, NY 11580 | New York, New York 10169 |
| (516) 233-1660 | (212) 818-9200 |
| *Attorneys for Plaintiff Angel Chevrestt* | *Attorneys for Defendant* |

SO ORDERED:
*/s/ Andrew L. Carter*
4-5-18

2934335_2